UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. TIDWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEELY BOSLER, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1486 TLN DB P<br><br><br>ORDER |

Plaintiff moves to voluntarily dismiss this case. The Court construes this motion as one brought pursuant to Federal Rule of Civil Procedure 41(a), which is self-effectuating where, as here, the defendant has not filed an answer or motion for summary judgment. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir.1997). Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied as moot. The Clerk of Court is directed to close this case.

Dated: March 3, 2020

/DLB7;
DB/Inbox/Routine/tidw1486.dism

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1